1  Stephanie L. Cooper, Esquire
   Nevada Bar No. 5919
2  THE COOPER CASTLE LAW FIRM
   A Multi-Jurisdictional Law Firm
3  820 South Valley View Blvd.
   Las Vegas, NV 89107
4  (702) 435-4175/(702) 435 4181 (facsimile)
   Loan No.  xxxxxx5420/ Our File No. 08-07-4271
5
   Attorney for Secured Creditor
   Chase Home Finance, LLC f/k/a Chase Manhattan Mortgage Corporation
6
7                      UNITED STATES BANKRUPTCY COURT
                              DISTRICT OF NEVADA
8  In re:

9      PAMELA MCLEAN,                      CHAPTER 13
       JACK MCLEAN                         BANKRUPTCY NO.: 08-18099-LBR
10                                         DATE: N/A
              Debtor(s)                    TIME: N/A
11

12           **REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED
                         TO THE MASTER MAILING LIST**
13
       TO:  PAMELA MCLEAN and          DEBTORS
14          JACK MCLEAN
       TO:  Ellen Stoebling, Esq.      ATTORNEY FOR THE DEBTOR(S)
15     TO:  Rick A. Yarnall            CHAPTER 13 TRUSTEE
       TO:  ALL INTERESTED PARTIES
16     TO:  THE CLERK OF THE ABOVE ENTITLED COURT

17          **NOTICE IS HEREBY GIVEN that**, as a Secured Creditor in the above-entitled action

18 requests that the above-captioned address of its attorney of record be added to the master mailing

19 list in this case and that its attorney receive notice of all proceedings in this matter.

20 Date: 8/4/08

21                                         Stephanie L. Cooper, Esquire
                                           Attorney for Secured Creditor
22                                         Chase Home Finance, LLC
                                           f/k/a Chase Manhattan Mortgage Corporation
23

24

25

1  Stephanie L. Cooper, Esquire
2  Nevada Bar No. 5919
   THE COOPER CASTLE LAW FIRM
3  A Multi-Jurisdictional Law Firm
   820 South Valley View Blvd.
4  Las Vegas, NV 89107
   (702) 435-4175/(702) 435 4181 (facsimile)
5  Loan No.  xxxxxx5420/ Our File No. 08-07-4271

6  Attorney for Secured Creditor
   Chase Home Finance, LLC f/k/a Chase Manhattan Mortgage Corporation

7                 UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF NEVADA
8
   In re:
9
              PAMELA MCLEAN,                    CHAPTER 13
10            JACK MCLEAN                       BANKRUPTCY NO.: 08-18099-LBR
                                                DATE: N/A
11              Debtor(s)                       TIME: N/A

12
           **DECLARATION OF MAILING OF SECURED CREDITORS REQUEST FOR
13                                  SPECIAL NOTICE**

14   The undersigned hereby declares and certifies that on ___8/1/08___ ,2008 , a copy of the

15   Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by

16   depositing a copy of the same in the United States Mail, postage prepaid and addressed to:

17

18      Rick A. Yarnall                    Jack McLean
        701 Bridger Avenue, #820           Pamela McLean
19      Las Vegas, NV 89101                380 E Rancho Drive
                                           Henderson, NV  89015
20

21

22           I declare under penalty of perjury that the foregoing is true and correct.

23                              _____
                                An employee of THE COOPER CASTLE LAW FIRM
24

25

                                      - 2 -